## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JOSE ANGEL GARCIA HINOJOSA (2),<br><br>                    Defendant. | CASE NO. 05CR1632-L<br><br><br>JUDGMENT OF DISMISSAL |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

_XX_    the Court has granted the motion of the Government for dismissal; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

___     of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 8, 2008

                                        /s/ James Lorenz
                                        M. JAMES LORENZ
                                        UNITED STATES DISTRICT JUDGE


                                        ENTERED ON _____